# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Cory Dixon**                                                      Case No.  **24-70468**
                              Debtor(s)                                    Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Cory Dixon** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **December 7, 2024**                Signature  **/s/ Cory Dixon**
                                                     **Cory Dixon**
                                                     Debtor

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

Check Number: 18204
Pay Date: 11/20/2024
Pay Period: 11/11/2024 - 11/17/2024

Employee ID: 1699

**CURRENT HOURS & EARNINGS**

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| REGULAR ST | 32 | $33.72 | $1,079.04 |
| **TOTAL** | **32** | | **$1,079.04** |

**YEAR TO DATE HOURS & EARNINGS**

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| REGULAR ST | 152 | $5,125.44 |
| **TOTAL** | **152** | **$5,125.44** |

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

| Check Number: | 18204 |
|---|---|
| Pay Date: | 11/20/2024 |
| Pay Period: | 11/11/2024 - 11/17/2024 |
| Employee ID: | 1699 |

### TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | $173.88 | $902.91 |
| - Federal Income Tax | $91.33 | $510.82 |
| - Social Security | $66.90 | $317.76 |
| - Medicare | $15.65 | $74.33 |
| **State** | $33.13 | $157.36 |
| - Pennsylvania | $33.13 | $157.36 |
| **Local** | $15.87 | $75.33 |
| - HOMER CITY | $15.11 | $71.75 |
| - PA UNEMP | $0.76 | $3.58 |
| **Union** | $60.55 | $287.62 |
| - Dues | $52.87 | $251.14 |
| - PERCAPITA DUES | $2.88 | $13.68 |
| - UCAN-PA | $3.20 | $15.20 |
| - Union Legislative Fund | $1.60 | $7.60 |
| **Misc** | $168.92 | $337.84 |
| - GARNISHMENT AT 55% | $168.92 | $337.84 |
| **TOTAL** | $452.35 | $1,761.06 |

### FRINGES ( * Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| APPRENTICE TRAINING | $18.99 | $90.21 |
| CARPENTER CONT TRUST | $1.60 | $7.60 |
| Health & Welfare | $248.18 | $1,178.84 |
| IAP | $6.69 | $31.77 |
| Pension | $221.20 | $1,050.70 |
| Savings & Annuity | $113.30 | $538.16 |
| UBC FRINGE | $4.48 | $21.28 |
| **TOTAL** | $614.44 | $2,918.56 |

**NET PAY** $626.69

| Account Number | Account Type | Amount |
|---|---|---|
| ******6263 | Checking | $626.69 |

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

Check Number: 18122
Pay Date: 11/13/2024
Pay Period: 11/4/2024 - 11/10/2024

Employee ID: 1699

**CURRENT HOURS & EARNINGS**

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
| --- | --- | --- | --- |
| REGULAR ST | 40 | $33.72 | $1,348.80 |
| **TOTAL** | **40** | | **$1,348.80** |

**YEAR TO DATE HOURS & EARNINGS**

| DESCRIPTION | HOURS | EARNINGS |
| --- | --- | --- |
| REGULAR ST | 120 | $4,046.40 |
| **TOTAL** | **120** | **$4,046.40** |

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

Check Number: 18122
Pay Date: 11/13/2024
Pay Period: 11/4/2024 - 11/10/2024

Employee ID: 1699

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | $243.01 | $729.03 |
| - Federal Income Tax | $139.83 | $419.49 |
| - Social Security | $83.62 | $250.86 |
| - Medicare | $19.56 | $58.68 |
| **State** | $41.41 | $124.23 |
| - Pennsylvania | $41.41 | $124.23 |
| **Local** | $19.82 | $59.46 |
| - HOMER CITY | $18.88 | $56.64 |
| - PA UNEMP | $0.94 | $2.82 |
| **Union** | $75.69 | $227.07 |
| - Dues | $66.09 | $198.27 |
| - PERCAPITA DUES | $3.60 | $10.80 |
| - UCAN-PA | $4.00 | $12.00 |
| - Union Legislative Fund | $2.00 | $6.00 |
| **Misc** | $168.92 | $168.92 |
| - GARNISHMENT AT 55% | $168.92 | $168.92 |
| **TOTAL** | $548.85 | $1,308.71 |

## FRINGES  (* Notes Taxable)

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| APPRENTICE TRAINING | $23.74 | $71.22 |
| CARPENTER CONT TRUST | $2.00 | $6.00 |
| Health & Welfare | $310.22 | $930.66 |
| IAP | $8.36 | $25.08 |
| Pension | $276.50 | $829.50 |
| Savings & Annuity | $141.62 | $424.86 |
| UBC FRINGE | $5.60 | $16.80 |
| **TOTAL** | **$768.04** | **$2,304.12** |

**NET PAY** $799.95

| Account Number | Account Type | Amount |
|---|---|---|
| ******6263 | Checking | $799.95 |

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

| | |
|---|---|
| Check Number: | 17830 |
| Pay Date: | 10/30/2024 |
| Pay Period: | 10/21/2024 - 10/27/2024 |
| Employee ID: | 1699 |

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| REGULAR ST | 40 | $33.72 | $1,348.80 |
| **TOTAL** | **40** | | **$1,348.80** |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| REGULAR ST | 40 | $1,348.80 |
| **TOTAL** | **40** | **$1,348.80** |

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | **$243.01** | **$243.01** |
| - Federal Income Tax | $139.83 | $139.83 |
| - Social Security | $83.62 | $83.62 |
| - Medicare | $19.56 | $19.56 |
| **State** | **$41.41** | **$41.41** |
| - Pennsylvania | $41.41 | $41.41 |
| **Local** | **$19.82** | **$19.82** |
| - HOMER CITY | $18.88 | $18.88 |
| - PA UNEMP | $0.94 | $0.94 |
| **Union** | **$75.69** | **$75.69** |
| - Dues | $66.09 | $66.09 |
| - PERCAPITA DUES | $3.60 | $3.60 |
| - UCAN-PA | $4.00 | $4.00 |
| - Union Legislative Fund | $2.00 | $2.00 |
| **TOTAL** | **$379.93** | **$379.93** |

## FRINGES ( * Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| APPRENTICE TRAINING | $23.74 | $23.74 |
| CARPENTER CONT TRUST | $2.00 | $2.00 |
| Health & Welfare | $310.22 | $310.22 |
| IAP | $8.36 | $8.36 |
| Pension | $276.50 | $276.50 |
| Savings & Annuity | $141.62 | $141.62 |
| UBC FRINGE | $5.60 | $5.60 |
| **TOTAL** | **$768.04** | **$768.04** |

Page 1 of 2

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

Check Number: 17830
Pay Date: 10/30/2024
Pay Period: 10/21/2024 - 10/27/2024

Employee ID: 1699

**NET PAY** $968.87

| Account Number | Account Type | Amount |
|---|---|---|
| ******6263 | Checking | $968.87 |

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

Check Number: 17982
Pay Date: 11/6/2024
Pay Period: 10/28/2024 - 11/3/2024

Employee ID: 1699

## CURRENT HOURS & EARNINGS

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| REGULAR ST | 40 | $33.72 | $1,348.80 |
| TOTAL | 40 | | $1,348.80 |

## YEAR TO DATE HOURS & EARNINGS

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| REGULAR ST | 80 | $2,697.60 |
| TOTAL | 80 | $2,697.60 |

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | **$243.01** | **$486.02** |
| - Federal Income Tax | $139.83 | $279.66 |
| - Social Security | $83.62 | $167.24 |
| - Medicare | $19.56 | $39.12 |
| **State** | **$41.41** | **$82.82** |
| - Pennsylvania | $41.41 | $82.82 |
| **Local** | **$19.82** | **$39.64** |
| - HOMER CITY | $18.88 | $37.76 |
| - PA UNEMP | $0.94 | $1.88 |
| **Union** | **$75.69** | **$151.38** |
| - Dues | $66.09 | $132.18 |
| - PERCAPITA DUES | $3.60 | $7.20 |
| - UCAN-PA | $4.00 | $8.00 |
| - Union Legislative Fund | $2.00 | $4.00 |
| **TOTAL** | **$379.93** | **$759.86** |

## FRINGES  ( * Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| APPRENTICE TRAINING | $23.74 | $47.48 |
| CARPENTER CONT TRUST | $2.00 | $4.00 |
| Health & Welfare | $310.22 | $620.44 |
| IAP | $8.36 | $16.72 |
| Pension | $276.50 | $553.00 |
| Savings & Annuity | $141.62 | $283.24 |
| UBC FRINGE | $5.60 | $11.20 |
| **TOTAL** | **$768.04** | **$1,536.08** |

Page 1 of 2

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

Check Number: 17982
Pay Date: 11/6/2024
Pay Period: 10/28/2024 - 11/3/2024

Employee ID: 1699

**NET PAY** $968.87

| Account Number | Account Type | Amount |
| --- | --- | --- |
| ******6263 | Checking | $968.87 |

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

Check Number: 18278
Pay Date: 11/27/2024
Pay Period: 11/18/2024 - 11/24/2024

Employee ID: 1699

**CURRENT HOURS & EARNINGS**

| DESCRIPTION | HOURS | PAY RATE | EARNINGS |
|---|---|---|---|
| REGULAR ST | 40 | $33.72 | $1,348.80 |
| **TOTAL** | **40** | | **$1,348.80** |

**YEAR TO DATE HOURS & EARNINGS**

| DESCRIPTION | HOURS | EARNINGS |
|---|---|---|
| REGULAR ST | 192 | $6,474.24 |
| **TOTAL** | **192** | **$6,474.24** |

Page 1 of 2

NEIS Collective
7701 Maltlage Drive
Liverpool, NY 13090
(315) 622-3121

CORY DIXON
46 MILLER AVE
HOMER CITY, PA 15748

Check Number: 18278
Pay Date: 11/27/2024
Pay Period: 11/18/2024 - 11/24/2024

Employee ID: 1699

## TAXES & DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| **Federal** | **$243.01** | **$1,145.92** |
| - Federal Income Tax | $139.83 | $650.65 |
| - Social Security | $83.62 | $401.38 |
| - Medicare | $19.56 | $93.89 |
| **State** | **$41.41** | **$198.77** |
| - Pennsylvania | $41.41 | $198.77 |
| **Local** | **$19.82** | **$95.15** |
| - HOMER CITY | $18.88 | $90.63 |
| - PA UNEMP | $0.94 | $4.52 |
| **Union** | **$75.69** | **$363.31** |
| - Dues | $66.09 | $317.23 |
| - PERCAPITA DUES | $3.60 | $17.28 |
| - UCAN-PA | $4.00 | $19.20 |
| - Union Legislative Fund | $2.00 | $9.60 |
| **Misc** | **$168.92** | **$506.76** |
| - GARNISHMENT AT 55% | $168.92 | $506.76 |
| **TOTAL** | **$548.85** | **$2,309.91** |

## FRINGES   ( * Notes Taxable )

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| APPRENTICE TRAINING | $23.74 | $113.95 |
| CARPENTER CONT TRUST | $2.00 | $9.60 |
| Health & Welfare | $310.22 | $1,489.06 |
| IAP | $8.36 | $40.13 |
| Pension | $276.50 | $1,327.20 |
| Savings & Annuity | $141.62 | $679.78 |
| UBC FRINGE | $5.60 | $26.88 |
| **TOTAL** | **$768.04** | **$3,686.60** |

## NET PAY

$799.95

| Account Number | Account Type | Amount |
|---|---|---|
| ******6263 | Checking | $799.95 |

Page 2 of 2